UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JESSIE MOREHEAD,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN VALLEY STATE PRISON, et. al.,<br><br>    Defendants.<br>_____/ | No. C 16-0495 NJV (PR)<br><br>**ORDER OF TRANSFER** |

This is a civil rights case brought pro se by a state prisoner. Plaintiff raises claims regarding the conditions of his confinement in Kern Valley State Prison. This prison lies within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: March 24, 2016.

NANDOR J. VADAS
United States Magistrate Judge